**FILED**
OCT 03 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
OCT 03 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 19 CR 759 |
| | ) | MAGISTRATE JUDGE JEFFREY I. CUMMINGS |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| AMADOU M'BAYE | ) | Code, Section 111(a)(1) |

JUDGE DOW

MAGISTRATE JUDGE SCHENKIER

The SPECIAL MAY 2019 GRAND JURY charges:

On or about September 11, 2019, in Chicago, in the Northern District of Illinois, Eastern Division,

AMADOU M'BAYE

defendant herein, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in Title 18, United States Code, Section 1114, namely an officer with United States Immigration & Customs Enforcement, while the officer was engaged in the performance of his or her official duties, and such acts involved physical contact with a victim of that assault;

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY