12/16/19                                CASE NO. 19-CR-759

## MOTION TO DISMISS ON GROUNDS OF:

1) 70 DAY SPEEDY TRIAL VIOLATION (STA) — TITLE 18 SECTION 3161(c) AND SECTION 3162(a)(2)

2) FAILURE TO CHARGE DEFENDANT BY WAY OF INDICTMENT OR INFORMATION WITHIN 30 DAYS OF ARREST — TITLE 18 SECTION 3161(b) AND SECTION 3162(a)(1)

3) DEFENDANT HAS NOT SEEN OR HAD A COPY OF THE INDICTMENT OR INFORMATION — RULE 10(a)(1); RULES OF CRIMINAL PROCEDURE RULE 7(c)(1) IN GENERAL. THE INDICTMENT OR INFORMATION MUST BE A PLAIN, CONCISE, AND DEFINITE WRITTEN STATEMENT OF THE ESSENTIAL FACTS CONSTITUTING THE OFFENSE CHARGED AND "MUST BE SIGNED BY AN ATTORNEY FOR THE GOVERNMENT." RULE 12(3)(A)(ii) PREINDICTMENT DELAY; (iii) A VIOLATION OF THE CONSTITUTIONAL RIGHT TO A SPEEDY TRIAL;

4) FAILURE TO CHARGE AN OFFENSE — RULE 48(b)(1),(2), AND (3)

5) EVIDENCE IS INSUFFICIENT TO SUSTAIN A CONVICTION — RULE 29(a). MOTION FOR A JUDGEMENT OF ACQUITTAL

6) RULE 52(b) PLAIN ERROR

7) FALSE EVIDENCE/TESTIMONY

## MOTION TO COMPEL EVIDENCE

1) ALL VIDEOS
2) COMPLAINT
3) SIGNED INDICTMENT OR INFORMATION BY AN ATTORNEY FOR THE GOVERNMENT (AUSA).
4) ALL AUDIO RECORDINGS
5) ALL CHICAGO POLICE REPORTS
6) ALL INCIDENT REPORTS
7) ALL VICTIMS/WITNESSES STATEMENTS
8) DOCUMENTS AUTHORIZING DEPORTATION
9) COPY OF TRAVEL DOCUMENTS
10) ANY/ALL EXCULPATORY EVIDENCE

RESPECTFULLY,

AMADOU MBAYE
JCDC #201263
3050 S. JUSTICE WAY
KANKAKEE, IL 60901